Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
kbarlow@greeneinfusolaw.com

Attorneys for Defendant New Castle, LLC
New Castel Corp. dba Excalibur Hotel & Casino

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF UNITE HERE HEALTH; BOARD OF TRUSTEES OF SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST; BOARD OF TRUSTEES OF SOUTHERN NEVADA JOINT MANAGEMENT AND CULINARY AND BARTENDERS TRAINING FUND; BOARD OF TRUSTEES OF CULINARY AND BARTENDERS HOUSING PARTNERSHIP; BOARD OF TRUSTEES OF CULINARY AND BARTENDERS LEGAL SERVICE FUND, <br><br> Plaintiffs, <br> v. <br><br> BUCA (EX), LLC, a Florida limited-liability company dba Buca di Beppo; NEW CASTLE, LLC, a Nevada limited-liability company fka New Castle Corp. dba Excalibur Hotel & Casino; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-01016-RFB-NJK <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO STRIKE DEFENSES ASSERTED BY DEFENDANTS BUCA (EX), LLC AND NEW CASTLE, LLC** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Board of Trustees of UNITE HERE Health, et al. ("Plaintiffs"), New Castle, LLC ("New Castle"), and Buca (EX), LLC ("Buca"), by and through their respective undersigned counsel of record, as follows:

1

WHEREAS Plaintiffs filed a Motion to Strike Defenses Asserted by Defendants Buca and New Castle ("Motion") on September 29, 2023 [ECF No. 20];

WHEREAS Defendants New Castle's and Buca's deadline to file a response to Plaintiffs' Motion is currently October 13, 2023;

WHEREAS, Plaintiffs have agreed that Defendants New Castle and Buca may have up through and including October 27, 2023, in which to respond to Plaintiffs' Motion;

WHEREAS, there are no other deadlines affected by this Stipulation that are presently known to the parties; and

WHEREAS, the parties represent that this request is not for any improper purpose or to delay;

THEREFORE, Plaintiffs and Defendants New Castle and Buca hereby request an order that Defendants New Castle and Buca have up through and including October 27, 2023, in which to file their responses to Plaintiffs' Motion.

Dated this 12th day of October 2023.

GREENE INFUSO, LLP

/s/ Michael V. Infuso
MICHAEL V. INFUSO, ESQ.
Nevada Bar No. 7388
3030 South Jones Boulevard, Suite 101
Las Vegas, NV 89146
*Attorneys for Defendant New Castle, LLC*

Dated this 12th day of October 2023.

Christensen James & Mart

/s/ Kevin B. Archibald
Kevin B. Archibald, Esq.
Nevada Bar No. 13817
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorney for Plaintiffs*

Dated this 12th day of October 2023

Gordon Rees Scully Mansukhani, LLP

/s/ Joshua Y. Ang
Joshua Y. Ang, Esq.
300 S. 4th St., Ste. 1550
Las Vegas, NV 89101
*Attorneys for Defendant Buca (Ex), LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 13, 2023

3