# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF UNITE HERE HEALTH, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> BUCA (EX), LLC, et al., <br><br> Defendant(s). | Case No. 2:23-cv-01016-RFB-NJK <br><br> **Order** <br><br> [Docket Nos. 20, 23] |

Pending before the Court is a stipulation for amended answers, Docket No. 23, which is **GRANTED**. Amended answers must be filed by November 7, 2023. In addition, the pending motion to strike the earlier answers, Docket No. 20, is **DENIED** as moot.

IT IS SO ORDERED.

Dated: October 30, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1