# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF UNITE HERE HEALTH, et al., <br><br>  Plaintiff(s), <br><br> v. <br><br> BUCA (EX), LLC, et al., <br><br>  Defendant(s). | Case No. 2:23-cv-01016-RFB-NJK <br><br> **Order** <br><br> [Docket No. 27] |

Pending before the Court is a stipulation stay proceedings, including upcoming Rule 30(b)(6) depositions, while the parties discuss settlement. Docket No. 27. The stipulation explains that the particular circumstances warrant such relief and point to a further settlement discussion scheduled for December 7, 2023. *See id.* at 2. These circumstances do not justify a 60-day stay. Accordingly, the stipulation to stay is **GRANTED** in part and **DENIED** in part. The case is **STAYED** until December 22, 2023. By that date, the parties must file either a proposed schedule to move the case forward, a request to extend the stay, or a notice of settlement.

IT IS SO ORDERED.

Dated: November 22, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1