**CHRISTENSEN JAMES & MARTIN, CHTD.**
Kevin B. Christensen, Esq. (175)
Wesley J. Smith, Esq. (11871)
Kevin B. Archibald, Esq. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com, kba@cjmlv.com,
*Attorneys for Plaintiffs, Board of Trustees of UNITE HERE Health, et al.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF UNITE HERE HEALTH; BOARD OF TRUSTEES OF SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST; BOARD OF TRUSTEES OF SOUTHERN NEVADA JOINT MANAGEMENT AND CULINARY AND BARTENDERS TRAINING FUND; BOARD OF TRUSTEES OF CULINARY AND BARTENDERS HOUSING PARTNERSHIP; BOARD OF TRUSTEES OF CULINARY AND BARTENDERS LEGAL SERVICE FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>BUCA (EX), LLC, a Florida limited-liability company dba Buca di Beppo; NEW CASTLE, LLC, a Nevada limited-liability company fka New Castle Corp. dba Excalibur Hotel & Casino; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-01016-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF NEW CASTLE, LLC WITH PREJUDICE** |

The Plaintiffs, Board of Trustees of UNITE HERE Health, *et al.* (collectively, the "Plaintiffs"), and Defendant New Castle, LLC ("New Castle"), each acting by and through their undersigned counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:

WHEREAS, Buca and Plaintiffs entered into a Settlement Agreement and Mutual

Release ("Settlement Agreement"), Stipulation and Consent for Entry of Judgment by Confession ("Stipulation for Entry of Judgment"), Judgment by Confession ("Judgment") and Corporate Guaranty ("Guaranty") (Settlement Agreement, Stipulation for Entry of Judgment, Judgment and Guaranty collectively, the "Settlement Documents"), which require, *inter alia*, that Buca remit periodic payments to pay Plaintiffs' claims, including a final payment due by June 10, 2024, that Buca remain current on its monthly reporting and payment obligations to Plaintiffs going forward, and that Buca submit monthly unaudited financial statements to Plaintiffs for the months of December 2023 through December 2024;

WHEREAS, the Plaintiffs, Buca and New Castle filed a Status Report and Stipulation and Order to Extend Stay Pending Completion of Settlement Obligations (Third Request to Extend Stay) [ECF No. 34];

WHEREAS, pursuant to the Court's Minute Order [ECF No. 35]:

    a.    the above-captioned Case and all discovery dates and deadlines were stayed until January 31, 2025;

    b.    the Court retained jurisdiction over this Case to enforce the terms of the Settlement Documents;

    c.    the Parties are required to submit a Joint Status Report on or before July 28, 2024, and ever sixty days thereafter, until the termination of the stay in this case; and

    d.    the Parties are required to file either a Joint Status Report or Settlement Documents on or before January 31, 2025;

WHEREAS, the Plaintiffs, Buca and New Castle filed a Joint Status Report on July 26, 2024 [ECF No. 36];

WHEREAS, on August 5, 2025, Defendant Buca filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, Case No. 24-80066-SGJ-11, which is being Jointly Administered as Case No. 24-80058-SGJ-11 ("Bankruptcy Petition");

WHEREAS, Plaintiffs informed this Court of the Bankruptcy Petition through that certain Suggest of Bankruptcy filed on September 25, 2024 [ECF No. 37], which Bankruptcy Case is ongoing; and

WHEREAS, Plaintiffs' claims against New Castle have been resolved;

NOW, THEREFORE, all claims asserted by Plaintiffs in this Case against New Castle shall be and are hereby dismissed with prejudice, each party to bear its own attorney's fees and costs.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN, CHTD.** | **GREENE INFUSO, LLP** |
| By: */s/ Kevin B. Archibald*<br>Kevin B. Archibald, Esq. (13817)<br>7440 W. Sahara Avenue<br>Las Vegas, NV 89117<br>Email: kba@cjmlv.com<br>*Counsel for Plaintiffs, Board of Trustees of UNITE HERE Health, et al.* | By: */s/ Michael V. Infuso*<br>Michael V. Infuso, Esq. (7388)<br>3030 South Jones Blvd., Ste. 101<br>Las Vegas, Nevada 89146<br>Email: minfuso@greeneinfusolaw.com<br>*Counsel for Defendant, New Castle, LLC* |

Dated this 6th day of August, 2025.

Dated this 6th day of August, 2025.

**IT IS SO ORDERED.**

**DATED** this 7th day of August, 2025.

---
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

-3-

## **CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin, Chtd. On the date of filing of the foregoing STIPULATION AND ORDER FOR DISMISSAL OF NEW CASTLE, LLC WITH PREJUDICE with the Clerk of the Court, I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:   Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☒ UNITED STATES MAIL:   By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

Greene Infuso, LLP
Attn: Michael V. Infuso, Esq.
3030 S. Jones Blvd., Ste. 101
Las Vegas, NV 89146
*Counsel for Defendant, New Castle, LLC*

Gordon Rees Scully Mansukhani, LLP
Attn: Robert E. Schumacher, Esq.
300 S. 4th St., Ste. 1550
Las Vegas, NV 89101
*Counsel for Defendant, Buca (EX), LLC*

☐ OVERNIGHT COURIER:   By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

☒ EMAIL:   By sending a copy of the document via email to the following:

Michael V. Infuso, Esq.
Email: minfuso@greeneinfusolaw.com

Robert E. Schumacher, Esq.
Email: rschumacher@grsm.com

  */s/ Natalie Saville*  
Natalie Saville, Employee of Christensen James & Martin, Chtd.