**CHRISTENSEN JAMES & MARTIN, CHTD.**
Kevin B. Christensen, Esq. (175)
Wesley J. Smith, Esq. (11871)
Kevin B. Archibald, Esq. (13817)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com, kba@cjmlv.com,
*Attorneys for Plaintiffs, Board of Trustees of UNITE*
*HERE Health, et al.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF UNITE HERE HEALTH; BOARD OF TRUSTEES OF SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST; BOARD OF TRUSTEES OF SOUTHERN NEVADA JOINT MANAGEMENT AND CULINARY AND BARTENDERS TRAINING FUND; BOARD OF TRUSTEES OF CULINARY AND BARTENDERS HOUSING PARTNERSHIP; BOARD OF TRUSTEES OF CULINARY AND BARTENDERS LEGAL SERVICE FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> BUCA (EX), LLC, a Florida limited-liability company dba Buca di Beppo; NEW CASTLE, LLC, a Nevada limited-liability company fka New Castle Corp. dba Excalibur Hotel & Casino; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive, <br><br> Defendants. | CASE NO.: 2:23-cv-01016-RFB-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF BUCA (EX), LLC** |

The Plaintiffs, Board of Trustees of UNITE HERE Health, *et al.* (collectively, "Plaintiffs"), and Defendant Buca (Ex), LLC ("Buca"), each acting by and through their respective undersigned counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:

WHEREAS, Buca and Plaintiffs entered into a Settlement Agreement and Mutual

Release ("Settlement Agreement"), Stipulation and Consent for Entry of Judgment by Confession ("Stipulation for Entry of Judgment"), Judgment by Confession ("Judgment") and Corporate Guaranty ("Guaranty") (Settlement Agreement, Stipulation for Entry of Judgment, Judgment and Guaranty collectively, the "Settlement Documents"), which require, *inter alia*, that Buca remit periodic payments to pay Plaintiffs' claims, including a final payment due by June 10, 2024, that Buca remain current on its monthly reporting and payment obligations to Plaintiffs going forward, and that Buca submit monthly unaudited financial statements to Plaintiffs for the months of December 2023 through December 2024;

WHEREAS, on August 5, 2025, Defendant Buca filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of Texas, Dallas Division ("Bankruptcy Court") as Case No. 24-80066-SGJ-11, which is being Jointly Administered as Case No. 24-80058-SGJ-11 ("Bankruptcy Case");

WHEREAS, Plaintiffs informed this Court of the Bankruptcy Petition through that certain Suggest of Bankruptcy filed on September 25, 2024 [ECF No. 37], which Bankruptcy Case is ongoing;

WHEREAS, on February 7, 2025, the Bankruptcy Court entered an Order converting the Bankruptcy Case to one under Chapter 7 of the Bankruptcy Code[1];

WHEREAS, Buca fulfilled its obligations under the terms of the Settlement Documents, subject to Plaintiffs' right to audit Buca's payroll and related records for any previously unaudited period and Plaintiffs' right to assess and collect withdrawal liability from Buca pursuant to 29 U.S.C. § 1381 *et seq.*, and the Judgment was neither filed nor entered by the Court;

WHEREAS, on August 6, 2025, the Plaintiffs and Defendant New Castle, LLC ("New Castle") filed that certain Stipulation for Dismissal of New Castle [ECF No. 39];

---

[1] Pursuant to Federal Rule of Evidence 201, the Court can take judicial notice of this fact.

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE, LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

-2-

WHEREAS, on August 7, 2025, the Plaintiffs and Defendant Buca filed a Joint Status Report informing the Court that Buca and Plaintiffs are investigating whether they can stipulate to dismiss this Case or if permission from the Bankruptcy Court is necessary as a prerequisite, and requesting the Court set a further status check 30-45 days from the date of the Joint Status Report to address the issue [ECF No. 40];

WHEREAS, on September 16, 2025, the Court entered its Order granting Plaintiffs and Defendant New Castle's Stipulation for Dismissal of New Castle [ECF No. 41];

WHEREAS, on March 13, 2026, the Court entered a Minute Order in Chambers requiring Plaintiffs and Defendant Buca to file either dismissal papers or a joint status report by March 27, 2026 [ECF No. 42];

WHEREAS, on March 27, 2026, Defendant Buca and the Plaintiffs filed a Joint Status Report informing the Court that (i) they have determined that permission from the Bankruptcy Court to lift the automatic stay before filing a stipulation to dismiss this Case may be required; (ii) counsel for the Plaintiffs has been in communication with Robert Yaquinto, Jr., attorney for the Trustee in the Bankruptcy Case ("Bankruptcy Trustee"), regarding filing a stipulation to lift the automatic stay with the Bankruptcy Court; and (iii) the Bankruptcy Trustee advised counsel for the Plaintiffs that he would review the matter, but he may require additional time in which to do so [ECF No. 43];

WHEREAS, on June 5, 2026, Plaintiffs and the Bankruptcy Trustee filed a Stipulation to Lift Automatic Stay with the Bankruptcy Court, a true and correct copy of which is attached hereto as Exhibit 1; and

WHEREAS, on June 24, 2026, the Bankruptcy Court entered its Order Granting the Stipulation to Lift Automatic Stay, a true and correct copy of which is attached hereto as Exhibit 2;

/ / /

/ / /

/ / /

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

-3-

NOW, THEREFORE, all claims asserted by Plaintiffs in this Case against Buca shall be and are hereby dismissed, each party to bear its own attorney's fees and costs.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By:  */s/ Kevin B. Archibald*
    Kevin B. Archibald, Esq. (13817)
    7440 W. Sahara Avenue
    Las Vegas, NV 89117
    Email: kba@cjmlv.com
    *Counsel for Plaintiffs, Board of Trustees*
    *of UNITE HERE Health, et al.*

Dated this 9th day of July, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

By:_____
    Robert E. Schumacher, Esq. (7504)
    300 South 4th Street, Suite 1550
    Las Vegas, Nevada 89101
    Email: rschumacher@grsm.com
    *Counsel for Defendant, Buca (EX), LLC*

Dated this 9th day of July, 2026.

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:____July 9, 2026._____

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

-4-

**CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin, Chtd. On the date of filing of the foregoing STIPULATION AND ORDER FOR DISMISSAL OF BUCA (EX), LLC with the Clerk of the Court, I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

☐ EMAIL: By sending a copy of the document via email to the following:

_/s/ Natalie Larson_
Natalie Larson

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

-5-